Entered on Docket
July 01, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

```
Alan Steven Wolf, Bar No. 94665
Daniel Fujimoto, Bar No. 158575
THE WOLF FIRM, A Law Corporation
2955 Main Street, Second Floor
Irvine, CA  92614
(949) 720-9200 Telephone
(949) 608-0128 Fax
Alan.Wolf@wolffirm.com

Attorneys for Movant
Deutsche Bank National Trust Company,
as trustee for the Encore Credit
Receivables Trust 2005-4
```

The following constitutes
the order of the court. Signed June 30, 2011

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>ARTHUR CHARLES JONES and SUSAN ELIZABETH JONES<br><br>　　　　Debtors.<br>_____ | CASE: 11-43384RJN<br><br>CHAPTER 7<br><br>REF.: ASW-857<br><br>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY<br><br>DATE: 06/22/11<br>TIME: 10:30am<br>CTRM: 220<br>U.S. Bankruptcy Court<br>1300 Clay Street<br>Oakland, CA 94604 |

A MOTION FOR RELIEF FROM THE AUTOMATIC STAY in this case having been filed by Deutsche Bank National Trust Company, as trustee for the Encore Credit Receivables Trust 2005-4, and having come to be heard before the HONORABLE WILLIAM J. LAFFERTY, UNITED STATES BANKRUPTCY JUDGE, on June 22, 2011, Movant appearing by its attorneys THE WOLF FIRM by Patrick M. Bruso, and there being no pleading in opposition nor appearance by the Trustee or the Debtors, and the Court, having read the various pleadings, documents and

Matter I.D. 6401-6569

proceedings, and service having been made, and after due deliberation, does make its order as follows:

    IT IS ORDERED that with respect to the real property commonly known as 122 Asby Bay, Alameda, CA 94502, and more fully described as follows:

        SEE DOCUMENT NO. 2005439905 RECORDED IN
        THE OFFICIAL RECORDS OF ALAMEDA COUNTY ON
        10/11/2005

Movant and its agents and successors are relieved of the automatic stay, and said stay is immediately terminated, so that Movant and its agents and successors may exercise or cause to be exercised any and all rights under its Note and/or Deed of Trust and any and all rights after foreclosure sale, including, but not limited to, the right to commence and/or consummate foreclosure proceedings on the property and the right to proceed in any action to obtain possession of the property.

    IT IS FURTHER ORDERED that the 14 day stay of Bankruptcy Rule 4001(a)(3) is hereby waived.

                ** END OF ORDER **

```
                    COURT SERVICE LIST

  Debtor:
  ARTHUR CHARLES JONES
  122 Asby Bay
  Alameda, CA 94502

  Debtor:
  SUSAN ELIZABETH JONES
  122 Asby Bay
  Alameda, CA 94502
```

Matter I.D. 6401-6569